UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X

SOCLEAN, INC.

    Plaintiff,

- against -

SUNSET HEALTHCARE SOLUTIONS, INC.

    Defendant.

-----------------------------------------------------------X

Case No. 1:20-cv-10351

Judge Indira Talwani

## DECLARATION OF CHRIS SLOSAR

I, Chris Slosar, state as follows:

1. I am over the age of 18 and am the President and CEO of Sunset Healthcare Solutions, Inc. ("Sunset").

### Sunset and the CPAP Cleaning Device Market

2. Sunset is a Chicago-based national manufacturer and distributor of home medical equipment supplies, specializing in respiratory products, such as masks, filters, connectors, nebulizers, tubing, headgear, cleaners and accessories for CPAP and other breathing devices.

3. Over the last 15 years, Sunset has established a national presence with its small business ethos: selling affordable, high quality products with exceptional, personalized service.

4. In 2004, I started the company with Greg Wood. Since then, the company has grown to employ 85 people on a full-time basis, and has been on Inc. Magazine's "5000 List" of the fastest growing privately-held companies in the United States for at least eight years.

5. Approximately 50% of Sunset's business is the manufacture and sale of its own products, with the other half being distribution of other equipment manufacturers' products, such as SoClean.

6. While some companies in the respiratory products industry sell directly to consumers and through mass retailers (such as Walmart), Sunset sells products it manufactures and that it distributes for other manufacturers *solely* to retail Durable Medical Equipment companies ("DMEs"). The DMEs, in turn, sell these products to the consumer. Through the exceptional quality of its products and customer service, Sunset supplies a network of over 1,600 DMEs, and has grown its revenues from $1 million in 2008 to over $40 million in 2019. Sunset is well respected by its customers and employees, and is a well-known small business in the industry – it has attended the annual Spring and Fall Medtrade tradeshows since the company's inception in 2004.

7. The CPAP cleaning device market has become increasingly competitive, with numerous products available to consumers – either directly from the manufacturers or through DMEs. The top competitors in the industry are SoClean, Sleep 8, and Lumin, followed by at least a dozen others (including VirtuClean, Sani Bot and Moocoo, among others).

8. There are a number of designs and types of CPAP cleaning devices – some use activated oxygen (or ozone) to sanitize, others use ultraviolet light, some are standalone, others require some or all CPAP disassembly. Sunset estimates the CPAP cleaning device industry has grown to well over $150 million in annual revenues.

### The Sunset-SoClean Relationship

9. In March 2014, at the Medtrade Tradeshow, SoClean approached Sunset about becoming a distributor for SoClean's CPAP cleaning device. At that time, SoClean had virtually no salesforce, had only a small regional distributorship through which it sold to DMEs, and was looking to increase its sales to DMEs. SoClean was particularly interested in distributing its

product through Sunset given Sunset's vast network of DMEs. A month later, in April 2014, Sunset placed its first order to distribute SoClean's device.

10. The parties thereafter worked together on a "handshake" basis until April 2019. Through the course of the parties' relationship, Sunset has sold millions of dollars of SoClean product to its DME customers.

11. During the parties' relationship, Sunset did not learn or obtain confidential information about SoClean's sales or marketing strategy, or its pricing/MAP strategy. In the ordinary course of their business relationship, Sunset would receive non-confidential distributor and MSRP price lists.

12. In addition to selling to DMEs through Sunset, SoClean sold product directly to some of Sunset's DME customers, offering promotions if the customer purchased directly from SoClean. Attached as **Exhibit 1** is a compilation of true and correct copies of emails received from Sunset's customers (with highlighting added).

13. As SoClean's business grew, it sold an increasingly greater percentage of product directly to consumers (as opposed to through the DME channel), targeting its television advertising directly at this market. As it did so, some of Sunset's DME customers complained to Sunset that SoClean's direct advertising was adversely impacting their business, that SoClean treated them poorly given the two-tier pricing involved in selling through DME's (SoClean to DME, and DME to end user), and expressed an interest in having an alternative to SoClean's offering.

14. In late 2017, SoClean was purchased by DWHP, a Toronto-based healthcare private equity firm. In February 2018, DWHP initiated communications about acquiring Sunset's business, and aggressively sought access to Sunset's financials. Sunset indicated that it was not interested in selling its business. Shortly thereafter, SoClean began demanding that Sunset pre-

pay for the product to be sold to Sunset's customers. Sunset also saw a marked decrease in its gross profits on SoClean sales, as a result of SoClean's changed pricing requirements.

15. In early 2019, for the first time in the parties' relationship, SoClean insisted that Sunset sign a distribution agreement, which Sunset did in April 2019.

16. On September 12, 2019, Jim Gilkison, the Vice President of Sales at SoClean at the time, sent Mike Chorney, National Accounts Manager at Sunset, an email stating in part: "DME business is only about 9% of our B2B." A true and correct copy of this email (with highlighting added) is attached hereto as **Exhibit 2.**

17. On December 10, 2019, SoClean notified Sunset that it was terminating its distributorship (effective February 9, 2020), and that a new agreement would be forthcoming. A true and correct copy of the December 10, 2019 letter from SoClean is attached hereto as **Exhibit 3.**[1] SoClean provided a 2020 price list to Sunset as an attachment to the December 10, 2019 letter. A true and correct copy of the SoClean 2020 price list attachment is attached hereto as **Exhibit 5.** SoClean never provided a new distribution agreement to Sunset.

18. On information and belief, SoClean is approximately 2.5-3.5 times larger than Sunset in terms of revenues.

### Sunset Develops and Launches a CPAP Cleaning Device: the Zoey

19. In July 2018, Sunset began developing a CPAP cleaning device – what ultimately launched as the Zoey. Sunset worked with a design company and other consultants to design and develop an aesthetically-pleasing, user friendly cleaning device, with high-end packaging that would appeal to DMEs and their customers.

---

[1] I understand that SoClean suggests that it terminated the distributor agreement because of a purported breach by Sunset for selling product to a particular customer at prices below MAP. On September 19, 2019, Sunset had notified SoClean that it had terminated its relationship with this customer. A true and correct copy of the September 19, 2019 email (and related chain) is attached hereto as **Exhibit 4.**

- 5 -

20. After extensive development (mechanical, electrical, tooling and circuit board), testing and a comprehensive UL audit for regulatory compliance, by the end of December 2019, Sunset had manufactured its first 500 devices. Sunset invested hundreds of thousands of dollars (exclusive of labor costs) over a period of approximately 18 months to develop the Zoey. Sunset launched Zoey in January 2020, and made its first sale on January 15, 2020.

21. While the Zoey is a CPAP system that cleans CPAP masks, headgear, tubing, and humidifiers, there are a number of differences designed to make it appealing to end users as compared to the SoClean. It is quieter, aesthetically different (appearing smaller) and appealing for display in users' homes, has a different screen (using LED lighting), enhanced safety features, easy to navigate controls, and premium packaging specifically to differentiate it from Sunset's competitors. A comparison of the products and their packaging is below:

 

 

22. The Zoey provides ozone into the cleaning system in a fundamentally different way than the SoClean device. While the SoClean device flows ozone from the ozone generator directly into the water reservoir of a CPAP machine humidifier, the Zoey directs ozone flow into the CPAP mask hose and directionally away from the CPAP reservoir. As a result of this design difference, the Zoey has a different connector.

23. As with Sunset's other products, the Zoey is a DME-exclusive item – *i.e.*, consumers can purchase it only through authorized DMEs, and not directly from Sunset, or online resellers (such as Amazon), or from mass retailers such as Walmart.

24. Based on Sunset's experience in the industry and market research and analysis, Sunset set its end user price at $299, which is higher than some devices in the market, and lower than others.

25. Sunset does not advertise its CPAP cleaning device on TV (as Sunset does not sell directly to consumers).

26. Since its launch in January, Sunset has sold approximately 420 units.

**Sunset Will Be Irreparably Harmed if the Court Grants SoClean's PI Motion**

27. Sunset will be irreparably harmed if it is forced to shut down manufacturing of the Zoey while the lawsuit is pending. Its manufacturer of the Zoey in China is the key supplier, and this supplier has hired and trained a number of people specifically for manufacture of the Zoey.

- 7 -

28.     One of Sunset's other, long-time, suppliers in the manufacturing/supply chain is Sunset's largest supplier when considering all of Sunset's products.  For just the Zoey, it has invested capital in building space, the hiring and training of employees, made a substantial monetary investment in product development and has placed deposits with a number of sub-contractors.  If preliminarily enjoined from selling Zoey, Sunset would lose a substantial amount of trust and credibility with this critical supplier to Sunset's overall business, which risks interrupting the supply chain for Sunset products not at issue in this lawsuit.

29.     Sunset will also lose credibility and goodwill with its customers, who trust that Sunset will deliver on its product offerings; its inability to do so here will adversely impact its relationship with its sole DME sales channel.

30.     Sunset is a longtime attendee of the annual Medtrade tradeshows, and is well-known and respected by other attendees and industry participants.  If Sunset is unable to launch the Zoey at the upcoming Medtrade tradeshow because of an injunction, it will likely suffer reputational harm in the industry.

31.     Sunset has intentionally cultivated a positive, employee-friendly culture.  Approximately ten employees are dedicated to the launch and sale of the Zoey, and if a preliminary injunction is entered, Sunset will likely have to lay off some of its staff.  This would have an extremely detrimental impact on employee morale, exacerbated by the relatively small size of Sunset's business operations.

- 8 -

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 25, 2020

                                                              _____
                                                              CHRIS SLOSAR