IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOCLEAN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cv-10351-IT |
| ) | |
| SUNSET HEALTHCARE SOLUTIONS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**SUNSET'S MOTION TO STRIKE SOCLEAN'S
SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7**

Sunset moves to strike SoClean's December 3, 2020 supplemental contention interrogatory response identifying for the first time numerous categories of confidential information that Sunset purportedly misused. The response is both untimely and inadequate to give Sunset fair notice of the specific SoClean confidential information that SoClean alleges that Sunset misused.

SoClean's motion is further supported by the Memorandum in Support and Declaration of John R. Labbé filed herewith.

Date:  January 22, 2021                By:  /s/ John R. Labbé
                                            Mark H. Izraelewicz (pro hac vice)
                                            John R. Labbé (pro hac vice)
                                            Michael R. Weiner (pro hac vice)
                                            Thomas R. Burns (pro hac vice)
                                            Marshall, Gerstein & Borun LLP
                                            233 S. Wacker Drive
                                            6300 Willis Tower
                                            Chicago, Illinois 60606
                                            mizraelewicz@marshallip.com
                                            jlabbe@marshallip.com
                                            mweiner@marshallip.com
                                            tburns@marshallip.com

                                            and

                                            Andrea L. Martin (BBO #666117)
                                            Burns & Levinson LLP
                                            125 High Street
                                            Boston, Massachusetts 02110
                                            amartin@burnslev.com

                                            *Attorneys for Defendant,*
                                            SUNSET HEALTHCARE SOLUTIONS, INC.

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that from December 3, 2020 through December 9, 2020, counsel for Sunset conferred with counsel for SoClean in a good faith effort to resolve or narrow the issues presented in the foregoing motion. Counsel for SoClean advised that SoClean will oppose this motion.

/s/ John R. Labbé
John R. Labbe
*Attorney for Defendant,*
SUNSET HEALTHCARE SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

I certify that on January 22, 2021, I caused a true and correct copy of the foregoing document to be served on all counsel of record via the Court ECF system.

/s/ John R. Labbé
John R. Labbé
*Attorney for Defendant,*
SUNSET HEALTHCARE SOLUTIONS, INC.