# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOCLEAN, INC.,<br><br>      Plaintiff/Counter-Defendant,<br><br>v.<br><br>SUNSET HEALTHCARE SOLUTIONS, INC.,<br><br>      Defendant/Counter-Plaintiff. | Case No. 1:20-cv-10351-IT<br>**(Lead Case)**<br><br>JURY TRIAL DEMANDED |
| SOCLEAN, INC.,<br><br>      Plaintiff/Counter-Defendant,<br><br>v.<br><br>SUNSET HEALTHCARE SOLUTIONS, INC.,<br><br>      Defendant/Counter-Plaintiff. | Case No. 1:21-cv-10131-IT<br>**(Consolidated Case)**<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER EXTENDING CASE DEADLINES

WHEREAS, the parties have jointly moved to extend the case deadlines set forth in the March 22, 2021 Order (Dkt. No. 153);

NOW THEREFORE, IT IS HEREBY ORDERED that the case deadlines set forth in the March 22, 2021 Order (Dkt. No. 153) are extended as follows:

| Event | Previous Date | Extended Date |
|---|---|---|
| Substantial completion of document production | n/a | December 3, 2021 |
| Completion of Fact Discovery | October 29, 2021 | January 21, 2022 |
| Status Conference | November 1, 2021<br>3:00 p.m.<br>(Dkt. 154) | [TBD by Court] |

| Event | Previous Date | Extended Date |
|---|---|---|
| Parties' Burden of Proof Expert Reports | December 10, 2021 | February 25, 2022 |
| Parties' Rebuttal Expert Reports | January 28, 2022 | April 8, 2022 |
| Completion of Expert Depositions and Discovery | March 4, 2022 | May 13, 2022 |
| Last Date to File Dispositive Motions | April 15, 2022 | June 10, 2022 |
| Initial Pretrial Conference | [TBD by Court] | [TBD by Court] |

SO ORDERED this 26th day of October, 2021

_____
The Honorable Indira Talwani
United States District Judge