UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOCLEAN, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>SUNSET HEALTHCARE SOLUTIONS, INC.<br><br>    Defendant. | C.A. No.: 1:20-cv-10351-IT<br>**(Lead Case)**<br><br>JURY TRIAL DEMANDED |
| SOCLEAN, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>SUNSET HEALTHCARE SOLUTIONS, INC.<br><br>    Defendant. | C.A. No.: 1:21-cv-10131-IT<br>**(Consolidated Case)**<br><br>JURY TRIAL DEMANDED |

**OBJECTION TO UNSEALING *IN TOTO* THE COURT'S NOVEMBER 29, 2022 MEMORANDUM AND ORDER**

Plaintiff SoClean, Inc. ("SoClean") objects to the complete unsealing of the Court's Memorandum and Order dated November 29, 2022 (the "Order") on the grounds that certain portions of the Order contain specific terms of the negotiations between then-counsel for SoClean and counsel for Sunset Healthcare Solutions, Inc. ("Sunset") regarding potential settlement of this action. Were the Court to unseal the Order *in toto*, third party competitors would be able to surmise the terms upon which the parties may or may not be willing to negotiate resolution of future disputes that are similarly based on claims of patent infringement.

In particular, SoClean requests that the following sentences and phrases be redacted before the Order is unsealed:

(1) "Mr. Wintner noted that he was '**[PROPOSED REDACTION]**.' On January 17, 2022..." (Order p.4.)

(2) "On the morning of January 21, 2022, Mr. Wintner emailed Mr. Labbe, stating he had spoken again with his client, that '**[PROPOSED REDACTION]**'. Id. at 127." (Order p.4.)

(3) "Sunset contends that all materials terms — **[PROPOSED REDACTION]** — were agreed upon in the course of email correspondence between Mr. Labbe (counsel for Sunset) and Mr. Wintner (then counsel for SoClean)." (Order p.7.)

(4) "SoClean argues that the communications between the parties show that there were several unagreed upon terms, including **[PROPOSED REDACTION]**. SoClean Mem. 11." (Order p.7-8.)

Counsel for SoClean has conferred with counsel for Sunset on keeping the above-identified terms under seal, and Sunset does not oppose.

WHEREFORE, SoClean respectfully requests that, to the extent the Court unseals the November 29, 2022 Memorandum and Order (Dkt. 248), the above-identified sentences and phrases containing specific negotiation terms be redacted from public view.

Respectfully submitted,
SOCLEAN, INC.

/s/ *Payal Salsburg*
Brendan S. Cox, BBO# 669482
Payal Salsburg, BBO# 568812
Laredo & Smith, LLP
101 Federal Street, Suite 650
Boston, MA  02110
617-443-1100
cox@laredosmith.com
salsburg@laredosmith.com

Dated: December 6, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, December 6, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                                /s/ *Payal Salsburg*
                                                Payal Salsburg

4895-8518-7101, v. 3